# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### AT CHATTANOOGA

RITA C. HALEY,                              )
                                            )
                Plaintiff,         )
                                            )               1:11-CV-265
v.                                          )               *Lee*
                                            )
DR. SOBROTO KUNDU, *Individually, et al.,*  )
                                            )
                Defendants.        )

## <u>ORDER</u>

       Before the Court is a motion regarding testimony of Defendant Roma Trakru [Doc. 59] filed by Plaintiff Rita C. Haley.  Plaintiff seeks to have Defendant Trakru, who is now representing herself *pro se*, testify in a question and answer format rather than offering her narrative testimony to the jury.  Plaintiff essentially asserts that a question and answer format is the only way that Plaintiff will be afforded an  opportunity to object to potentially inadmissible testimony from Defendant Trakru prior to the inadmissible statements being made.  After considering Plaintiff's request, the Court concludes that similar risks exist with either format of testimony and that it will be less confusing and more efficient to utilize narrative testimony.  Accordingly, Plaintiff's motion [Doc. 59] is **DENIED**.

       SO ORDERED.

       ENTER:

                       s/ *Susan K. Lee*
                       SUSAN K. LEE
                       UNITED STATES MAGISTRATE JUDGE