# EXHIBIT 7



EXHIBIT 3

ract-to-Hire EMPLOYEE    Rita Haley

| | Position | Salaried or Hourly | Pay Rate | | |
|---|---|---|---|---|---|
| Rita Haley | Office Manager | Salaried | Per Year | 40000 | |
| | | | Per week = | 769 | |
| Georgetown, TN 37336 | | | Min hours per week= | 40 | |
| SN=. | | | Max hours per week= | 70 | |
| | | | No. of regular hrs/week | 40 | |
| | | | Regular Hourly Rate = | 9 | |
| | | | No. of OT hours | 30 | |
| | | | OT Hourly Rate | 13.5 | |
| | | | Calculated Weekly Pay | 765 | |

Effective Wage Rate of employee
(We plan for an employee to work approx. 2000 hrs in a year incl office closure, time-off, personal days, sick, holidays etc)                 20

| Scheduled Work Time:-> | Flexible time as long as Office is managed |
|---|---|
| Timesheet Reqd:-> | No |
| Pay Frequency:-> | Monthly for 2010 and Bi-Monthly for 2011 |
| Job Duties:-> | Manage and Run all aspects of the Office |
| on for Leaving:-> | Terminated |
| Offer Verbal Or Written:-> | Verbal |
| Termination:-> | Verbal |
| Work Start Date:-> | 10/11/2010 |
| Work End Date:-> | 1/28/2011 |

| PayDateBegin | PayDateEnd | Pay Rate | Gross Pay | Net Pay | Chk Date | Details |
|---|---|---|---|---|---|---|
| 10/11/2010 | 10/31/2010 | Salaried | 2258.06 | 1854.96 | 11/2/2010 | n/a-EFT |
| 11/1/2010 | 11/31/2010 | Salaried | 3333.33 | 2668.5 | 11/16/2010 | n/a-EFT |
| 12/1/2010 | 12/31/2010 | Salaried | 3333.33 | 2668.50 | 12/1/2010 | n/a-EFT |
| 1/1/2011 | 1/13/2011 | Salaried | 1424.67 | 1215.17 | 1/16/2011 | n/a-EFT |
| 1/14/2011 | 1/28/2011 | Salaried | 1643.85 | 1388.98 | 1/31/2011, and 4/19/2011 | n/a-EFT n/a-EFT |